[Nos. 25917-2-I; 26122-3-I.   Division One.   August 26, 1991.]

OVERLAKE CHRYSLER PLYMOUTH, INC., ET AL,
*Respondents,* v. CHRYSLER CORPORATION,
ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 84-2-08013-2, Charles V. Johnson, J., entered March 1, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, A.C.J., concurred in by Forrest and Baker, JJ.

[No. 25448-1-I.   Division One.   August 26, 1991.]

DENNIS TALLARITI, ET AL, *Appellants,* v. GERALD J.
KILDARE, ET AL, *Defendants,* DELTA PLUMBING
AND HEATING, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-15108-7, Edward Heavey, J., entered December 21, 1989. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse, C.J., and Scholfield, J. Now published at 63 Wn. App. 453.

[No. 26338-2-I.   Division One.   August 26, 1991.]

PUGET SOUND MAILING, INC., *Appellant,* v. PACIFIC
NORTHWEST BELL TELEPHONE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-16175-2, Edward Heavey, J., entered May 22, 1990. *Reversed* by unpublished opinion per Baker, J., concurred in by Scholfield and Forrest, JJ.